#10

FILED
2004 MAR 30 A 11: 31
U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LAURA NEEB, x | |
| Plaintiff, x | |
| x | 3 03 CV 0307 (AVC) |
| vs. x | |
| x | |
| UNUM LIFE INSURANCE COMPANY x | |
| OF AMERICA x | |
| Defendant x | |
| x | MARCH 29, 2004 |

**DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME**
**TO FILE A DISPOSITIVE MOTION**

Defendant Unum Life Insurance Company of America, by and through its attorney, the undersigned, moves for a forty-five (45) day extension of time in which to file a dispositive motion. Currently, dispositive motions are due to be filed on March 30, 2004. Should the Court grant the extension of time, dispositive motions will be due on May 17, 2004. For the reasons that are set forth below, granting this motion will not affect the date on which this case will be ready for trial. Because this is a claim arising under ERISA, there will be no trial at which the Court will hear witnesses. Rather, by applying controlling precedent in this Circuit, the Court will resolve the case via a bench trial on the administrative record.

This is Unum's first request for this relief. The undersigned has attempted to obtain plaintiff's counsel position on this request but has been unable to do so.

GRANTED.
Alfred V. Covello, U.S.D.J.
March 31, 2004.
SO ORDERED.

1