UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LAURA NEEB

V.   CASE NO. 3:03CV00307(AVC)

UNUM LIFE INSURANCE COMPANY
OF AMERICA

### ORDER

The plaintiff having failed to comply with the Court's Pretrial Order of May 20, 2004 requiring the filing of the trial memorandum on or before June 20, 2004, it is hereby ordered pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 41, that the plaintiff file and serve on or before July 13, 2004, a status report showing why this action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated at Hartford, Connecticut, this 28th day of June, 2004.

Alfred V. Covello
United States District Judge