UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAURA NEEB

      V.      CASE NO. 3:03CV00307(AVC)

UNUM LIFE INSURANCE
COMPANY OF AMERICA

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The Court, having issued an Order on June 29, 2004 requiring the plaintiff to file and serve on or before July 13, 2004 a status report showing why this action should not be dismissed for failure to prosecute; and

The plaintiff, having failed to comply with the Court's June 29, 2004 order; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint.

Dated at Hartford, Connecticut, this 2nd day of August, 2004.

KEVIN F. ROWE, Clerk

By: __/s JW_____
    Jo-Ann Walker
    Deputy Clerk

EOD: _____