UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG -6  A 10: 56

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LAURA NEEB, | |
| Plaintiff, | CIVIL ACTION NO. 303CV0307(AVC) |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | August 3, 2004 |
| Defendant. | |

## Motion on Consent to Vacate Judgment and Reopen Action

The following motion seeks to vacate by consent the Judgement to Dismiss the matter of <u>Laura Neeb v. The Unum Life Insurance Company</u> of America, entered by this Court on August 2, 2004.

I.   **Grounds for seeking the Motion**

**Plaintiff did not receive notice seeking Status Report**

Plaintiff's Counsel did not receive notice by mail that the court was seeking a status report on this matter and that dismissal was imminent if such a status report was not timely filed.

1

Additionally, Plaintiff's counsel is presently not connected to the Court by electronic mail and unable to receive Court notices by this means.

**Both the Defendant and Plaintiff have been working in good faith and in concert since June, 2004 to prepare a "joint" trial memorandum.**

Both the Counsel for the Defendant, Alexander Schwartz, and the Plaintiff's Counsel, Jeffrey Heyel, have been working together to craft a "joint" trial memorandum requested by this Court pursuant to the parties' planning report. The memorandum has proven to be a substantial document and is more than fifty pages in length. The memorandum encompasses an enormous volume of information (more than 700 pages of technical data are summarized in the document). Technical problems such as files with differing pagination schemes and difficulty in transferring the documents and revisions with the Internet Service Provider substantially hindered the parties, requiring further cooperation and time to remedy.

As a result of this collaborative effort, the Joint Trial Memorandum was sent by the Plaintiff to the Defendant on or about July 15th for final inspection and approval. A final set of documents was sent via Federal Express for final inspection shortly thereafter.

As a result of further unforeseen technical difficulties with moving the documents inter-office via electronic communications – it was necessary to delay filing and to work out an alternative arrangement to file the "Joint memorandum." Both the Counsels worked to resolve these issues through mutual aide and a dialogue rather than unnecessarily burden this Court

These difficulties have been successfully resolved and Plaintiff received documentation that the "Joint" Trial Memorandum was filed with the court on August 3, 2004.

### The Matter is presently ready to proceed

With the filing of the joint memorandum on August 3, 2004, the matter of Neeb v. Unum is ready to proceed.

The Plaintiff respectfully asks that the Court vacate the Judgment to dismiss and reopen the matter of <u>Laura Neeb v. Unum Life Insurance Company of America</u> without cost or prejudice to either party.

BY: _____
Jeffrey R. Heyel, Esq.
68 Main Street
Danbury, CT 06810
Fed. Bar No. ct19554

Attorney for Plaintiff

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, USPS (FIRST CLASS), postage prepaid, this 5th day of August, 2004, to:

Alexander H. Schwartz, Esq.
Attorney at Law
3695 Post Road
P.O. Box 701
Southport, CT 06890-0701

Jeffrey R. Heyel, Esq.