UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAURA NEEB,
        Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,
        Defendant.

CIVIL ACTION NO.
303CV0307(AVC)

August 3, 2004

## Motion on Consent to Vacate Judgment and Reopen Action

The following motion seeks to vacate by consent the Judgement to Dismiss the matter of Laura Neeb v. The Unum Life Insurance Company of America, entered by this Court on August 2, 2004.

**I. Grounds for seeking the Motion**

**Plaintiff did not receive notice seeking Status Report**

Plaintiff's Counsel did not receive notice by mail that the court was seeking a status report on this matter and that dismissal was imminent if such a status report was not timely filed.

1

8/10/04. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.