UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LAURA NEEB, | x | |
|     Plaintiff, | x | |
|  | x | 3 03 CV 0307 (AVC) |
| vs. | x | |
|  | x | |
| UNUM LIFE INSURANCE COMPANY | x | |
| OF AMERICA | x | |
|     Defendant | x | |
|  | x | September 17, 2004 |

**DEFENDANT'S MOTION FOR JUDGMENT
ON THE ADMINISTRATIVE RECORD**

The defendant, First Unum Life Insurance Company ("Unum") moves that the court enter judgment confirming its administrative decision to deny the plaintiff's application for long-term disability benefits. As this is a case governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), this court's review of Unum's decision is based solely on the administrative record it compiled below.

In support of this Motion, Unum submits a full and complete copy of the 784 page long administrative record, Proposed Findings of Fact and Conclusions of Law, and a Memorandum of Law in support of this Motion.

RESPECTFULLY SUBMITTED,
UNUM LIFE INSURANCE COMPANY OF AMERICA

BY: _____
Alexander H. Schwartz, Esq. (Ct 05773)
3695 Post Road
P.O. Box 701
Southport, CT   06890-0701
203.255.9829
203.255.9839 (Fax)
ITS ATTORNEY

## CERTIFICATION

I hereby certify that a true copy of the foregoing has been mailed this September 17, 2004 to:

Jeffrey R. Heyel, Esq.
68 Main St.
Danbury, CT   06810

_____
Alexander H. Schwartz