capricious standard of review."); Short, 2003 U.S. Dist. LEXIS, *17; (quoting identical language); Rosenthal v. First Unum Life Insurance Co., 2002 U.S. Dist. LEXIS 8365,