UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------

LAURA NEEB,

            Plaintiff,        CIVIL ACTION NO.
                                      303CV0307(AVC)

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,            October 6, 2004

            Defendant.

-----------------------------------------------------------

FILED
2004 OCT -7  P 3: 45
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff, Laura Neeb, respectfully seeks an extension of time of thirty days (30), within which to file her opposition papers to the Defendant's Motion for Judgment on the Administrative Record received on September 20, 2004. This is Plaintiff's first request for extension of time regarding this claim and is being requested in order to adequately respond to the underlying motion. The undersigned counsel has contacted Defendant's counsel. Counsel for the Defendant made no objection to the filing of the instant motion.

LAURA NEEB,

PLAINTIFF

By _____
Jeffrey R. Heyel, (ct19554)
Attorney At Law
68 Main Street
Danbury, CT 06810
(203) 778-1422

Attorney for Plaintiff

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S.P.S., postage prepaid, the 8th of October, 2004, to:

Alexander H. Schwartz, Esq.
3695 Post Road
Suite 203
P.O. Box 701
Southport, CT 06890-0701

Jeffrey R. Heyel