#22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------

LAURA NEEB,

                Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                Defendant.

------------------------------------------------

CIVIL ACTION NO.
303CV0307(AVC)

October 6, 2004

FILED
2004 OCT -7 P 3:45

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

    Plaintiff, Laura Neeb, respectfully seeks an extension of time of thirty days (30), within which to file her opposition papers to the Defendant's Motion for Judgment on the Administrative Record received on September 20, 2004. This is Plaintiff's first request for extension of time regarding this claim and is being requested in order to adequately respond to the underlying motion. The undersigned counsel has contacted Defendant's counsel. Counsel for the Defendant made no objection to the filing of the instant motion.

                                    LAURA NEEB,

                                    PLAINTIFF

                                    By_____
                                    Jeffrey R. Heyel, (ct19554)
                                    Attorney At Law
                                    68 Main Street
                                    Danbury, CT 06810
                                    (203) 778-1422

                                    Attorney for Plaintiff

October 8, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 OCT -8 P 4:04