UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 24 A 9: 32
U.S. DISTRICT COURT
HARTFORD, CT

LAURA NEEB,
        Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

        Defendant.

CIVIL ACTION NO.
303CV0307(AVC)

November 11, 2004

**Request to Submit an Attachment to a Sur-Reply that is Greater than Ten Pages in Length**

The Plaintiff requests the Courts permission to submit a fact and law summary of the Matter of Neeb v. UNUM Life Insurance Company as has been suggested by the Defense Counsel in his most recent writing to this Court. The Plaintiff has already advised the Defense Counsel of her wish to submit this attachment which will exceed the usual size of ten pages. The Length of this Attachment will be approximately thirty pages in length. The Attachment will provide a thorough summary of the factual and legal issues in the aforementioned matter.

The Plaintiff,
Laura Neeb

BY _____
Jeffrey R. Heyel, Esq. (ct19554)
68 Main Street
Danbury, CT 06810
(203) 778-1422
HER ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this 11th day of November 2004 via fax and U.S. Mail postage prepaid to:

Alexander Schwartz, Esq.
3695 Post Road
P.O. Box 701
Southport, CT 06890-0701


_____
Jeffrey R. Heyel, Esq.
68 Main Street
Danbury, CT 06810
203-778-1422