# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2004 NOV 24  A 9 32

U.S. DISTRICT COURT
- HARTFORD, CT

---------------------------------

**LAURA NEEB,**

            **Plaintiff,**

**v.**

**UNUM LIFE INSURANCE
COMPANY OF AMERICA,**

            **Defendant.**

---------------------------------

:
:
:
:
:
:
:
:
:
:
:
:
:

**CIVIL ACTION NO.
303CV0307(AVC)**

**November 11, 2004**

## Request to Submit an Attachment to a Sur-Reply that is Greater than Ten Pages in Length

The Plaintiff requests the Courts permission to submit a fact and law summary of the Matter of Neeb v. UNUM Life Insurance Company as has been suggested by the Defense Counsel in his most recent writing to this Court. The Plaintiff has already advised the Defense Counsel of her wish to submit this attachment which will exceed the usual size of ten pages. The Length of this Attachment will be approximately thirty pages in length. The Attachment will provide a thorough summary of the factual and legal issues in the aforementioned matter.

Alfred V. Covello, U.S.D.J.

FILED

ON DEC - 1 P 51

U.S. DISTRICT COURT
HARTFORD, CT

December 1, 2004. GRANTED.
SO ORDERED.